Derek YOUNG, Plaintiff–Appellant,

v.

CITY OF NORFOLK; City of Norfolk Police Department; Melvin C. High, Individually and in his official capacity as Chief of the City of Norfolk Police Department; George Steven Hoggard; William B. Everett; Allen G. Hovik; Jayward Hanna; Bobby G. Crowder; Sharon L. Chamberlin; Jes-

see G. Moore; John T. Greenia; Jeffrey H. Johnson; Wayne T. McBride, Individually and in their official capacities as members of the City of Norfolk Police Department; Earle D. Johnson, Individually and in his official capacity as a former member of the City of Norfolk Police Department; Andre Foreman, Individually and in his official capacity as Assistant City Attorney of the City of Norfolk; Harold P. Juren, Individually and in his official capacity as Chief Deputy City Attorney of the City of Norfolk; John Does, Individually and in their official and unofficial capacities as a member of the City of Norfolk Police Department or as other City of Norfolk employees and/or agents; Richard A. Mladick, M.D., Individually and as an employee and/or agent of Plastic Surgery Center, Incorporated, t/a Mladick Center for Plastic Surgery; Susan Lefebvre, R.N., Individually and as an employee and/or agent of Plastic Surgery Center, Incorporated, t/a Mladick Center for Cosmetic Plastic Surgery; Norfolk City Attorney's Office; Bernard A. Pishko, Individually and in his official capacity as City Attorney of the City of Norfolk; Plastic Surgery Center, Incorporated, t/a Mladick Center for Cosmetic Plastic Surgery, Defendants–Appellees,

and

James Henry Wilson; Cosmetic Surgery Center, P.L.L.C., Defendants.

No. 01–2179.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 12, 2002.

Decided Dec. 4, 2002.

Marvin David Miller, Alexandria, Virginia; Louis Napoleon Joynes, II, Joynes & Gaidies Law Group, P.C., Virginia Beach, Virginia, for Appellant. Joan Elizabeth Mahoney, Melvin Wayne Ringer, City Attorney's Office, Norfolk, Virginia; Alan Brody Rashkind, James Arthur Cales, III, Furniss, Davis, Rashkind & Saunders, Norfolk, Virginia, for Appellees.

Before WILLIAM D. WILKINS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Derek Young appeals the district court's orders dismissing his civil action and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Young v. City of Norfolk,* No. CA–01–48–2 (E.D. Va. Aug. 27, 2001; Mar. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*